UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MARILYN MUNGIN,

                 Plaintiff,

-against-

                                                 ORDER

CITY OF NEW YORK;
MICHAEL WALKER, *in his individual capacity*;    19 Civ. 10680 (GBD)
MICHAEL WALKER, *in his official capacity*;
RACHEL MILLER, *in her individual capacity*;
RACHEL MILLER, *in her official capacity*,

                 Defendants.

------------------------------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The July 30, 2020 status conference is adjourned to October 1, 2020 at 9:45 a.m.

Dated: July 22, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE