UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MARILYN MUNGIN,

       Plaintiff,

  -against-

CITY OF NEW YORK; MICHAEL WALKER, *in his individual and official capacities*; RACHEL MILLER, *in her individual and official capacities*,

       Defendants.

------------------------------------x

ORDER

19 Civ. 10680 (GBD)

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

  All conferences previously scheduled are adjourned *sine die*.

Dated: September 10, 2020
   New York, New York

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            United States District Judge